MINUTE ENTRY
MILAZZO, J.
FEBRUARY 28, 2018

JS-10: 00:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BELINDA HENDERSON                      CIVIL ACTION

VERSUS                                 NO. 17-1308

GHOLAR ET AL                           SECTION "H"(4)

## MOTION HEARING

CASE MANAGER: ERIN MOULEDOUS
COURT REPORTER: CATHY PEPPER
LAW CLERK: ANDREW COX

APPEARANCES:   JOHN D. SILEO, FOR PLAINTIFF
               RALPH J. AUCOIN, JR., FOR DEFENDANT

Case called at 9:45 a.m.
Counsel appear for the record.
Defendants' Motions in Limine argued by counsel.

**ORDERS:**
For the reasons stated on the record, the Court made the following rulings.

Motion in Limine to Limit Testimony of Officer Derrick Burmaster *(Doc. 27)* – **GRANTED IN PART**.  Officer Burmaster cannot testify to lay opinions or the issue of causation. He can testify to facts he personally observed, actual investigative steps he took, and physical findings.

Motion in Limine to Exclude Traffic Citation Evidence *(Doc. 29)* – **GRANTED** without prejudice.

Motion in Limine to Exclude Evidence and/or Testimony Concerning Property Damage Settlement and/or Offers of Property Damage Settlement to Prove Liability **(Doc. 31)** – **DEFERRED** until Pre-Trial Conference.

Omnibus Motion in Limine **(Doc. 33)** –

    Requests 1, 2, and 4 are **GRANTED** as unopposed.

    Request 3 is **DEFERRED**. Plaintiff's counsel is cautioned to approach the bench before asking any question about a subsequent remedial measure.

    Request 5 is **DEFERRED** until the Pre-Trial Conference.

Court adjourned 10:00 a.m.

_____